# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0041 |
| ) | |
| **GABRIEL RODRIGUES SOARES DA ROSA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the Recalled United States Magistrate Judge dated July 9, 2025, recommending that the Defendant's plea of guilty to Count One of the Second Superseding Information, Re-entry of a Removed Alien, a violation of Title 8, United States Code, Sections 1326(a), be accepted, and the Defendant be adjudged guilty. (ECF No. 22.) Also before the Court is Defendant's Unopposed Motion to Expedite Sentencing. (ECF No. 24.) Defendant's motion also requests that the Court expedite the Presentence Investigation Report to the greatest extend possible by limiting it to applicable statutory and guideline calculations as well as criminal history. *Id* at 2. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 22, is **ADOPTED;** it is further

**ORDERED** that Defendant Gabriel Rodrigues Soares Da Rosa's plea of guilty as to Count One of the Second Superseding Information is **ACCEPTED**, and that Gabriel Rodrigues Soares Da Rosa is adjudged **GUILTY** on that count; it is further

*United States v. Gabriel Rodrigues Soares Da Rosa*
Case No. 3:25-cr-0041
Order
Page **2** of **2**

**ORDERED** Defendant Gabriel Rodrigues Soares Da Rosa's Unopposed Motion to Expedite Sentencing, ECF No. 24, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **July 28, 2025;** it is further

**ORDERED** that the parties are excused from filing a sentencing memorandum and will be allowed to allocate at the sentencing hearing; and it is further

**ORDERED** that a sentencing hearing shall be held on **August 1, 2025, at 9:30 A.M. in STT Courtroom No. 1.**

**Dated: July 10, 2025**                               */s/ Robert A. Molloy*
                                                      **ROBERT A. MOLLOY**
                                                      **Chief Judge**